So Ordered.

Dated: April 10th, 2019



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

CASSELL, KARA B.,

                Debtors.

NO. 19-00315-FPC7

ORDER ON MOTION TO ASSUME LEASE TO OWN RENTAL AGREEMENT

The above-referenced debtor by and through their attorney, Gregory R. Heline, moved the Court for an Order allowing the debtor to assume the lease to own the house located at 2428 E Mission Spokane, WA 99202.

It is hereby ORDERED, ADJUDGED AND DECREED that the above referenced debtor assume the above-referenced lease to own the house located at 2428 E Mission Spokane, WA 99202.

Presented by:

/s/ Gregory R. Heline
GREGORY R. HELINE
Attorney for Debtors

GREGORY R. HELINE & ASSOCIATES
LAW OFFICE
1903 N. ASH STREET
SPOKANE, WASHINGTON 99205
(509) 326-4910
FAX (509) 326-7525